In the Matter of CHARLES F. JACOBS, an Inmate of Sing Sing Prison, for a Term Less Than Life and for a Longer Term Than One Year. THOMAS F. TEVLIN, Appellant; THEODORE J. VAN HOREN, Respondent.— Order fixing alleged lien of Tevlin, directing the sale of the securities without regard to the claims of Lustgarten, and directing the balance of the proceeds to be turned over to Van Horen as trustee for Jacobs, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The application was *res adjudicata* by reason of the undisturbed order of June 14, 1928. Moreover, the record does not disclose any warrant for disregarding Lustgarten's claim against Jacobs respecting the securities in question, or for disregarding Tevlin's claimed agreement with Jacobs with respect to the same securities; that is, the disposition of them and the application of the proceeds thereof. There is nothing in the record from Jacobs that challenges the claims advanced by Tevlin and Lustgarten. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

In the Matter of the Application of MARTHA LENDLE, Executrix of the Estate of AUGUST LENDLE, Deceased, for a Determination as to the Validity, Construction or Effect of the Disposition of Property Contained in the Last Will and Testament of AUGUST LENDLE, Deceased. MARTHA LENDLE, Appellant; SOFIE PFEIL and Others, Respondents.*— Decree of the Surrogate's Court of Queens county reversed upon the law and the facts, with costs to appellant, payable out of the estate, and decree directed providing for the payment of bequests contained in the testator's will, which are made in German marks, at the rate of exchange of $0.0153 per mark. From all the facts and circumstances it appears that the testator's intention was to make the bequests in marks at the current rate of exchange on the day of the execution of the will. Lazansky, P. J., Rich, Seeger and Scudder, JJ., concur; Young, J., dissents.

ALFRED A. LA PORTE, Respondent, v. HASCO CONSTRUCTION CORPORATION, Appellant, and Others, Defendants.— Order of the County Court of Nassau county denying motion to open default affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

FRANCES D. LEARY, Respondent, v. JAMES J. LEARY, Appellant.— Order denying defendant's motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young and Seeger, JJ., concur; Hagarty and Carswell, JJ., dissent.